JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harold Collins, etc., </br></br> Plaintiff, </br></br> v. </br></br> Elite Home Energy, </br></br> Defendant(s). </br> _____ | SACV 17-01747 JVS (DFMx) </br></br> ORDER OF DISMISSAL UPON </br> SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: December 12, 2017

_____
James V. Selna
United States District Judge